1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Rachel Lobato
6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11 | RACHEL LOBATO, | ) No. 1:15-cv-00536---MJS |
12 | Plaintiff, | ) **NOTICE OF VOLUNTARY DISMISSAL** |
13 | vs. | ) **OF ACTION; ORDER** |
14 | BUN MA dba BIG SAVE, et al., | ) |
15 | Defendant. | ) |

18     WHEREAS, Defendant has not filed an answer or motion for summary judgment;

19     WHEREAS, Plaintiff and Defendant have settled the matter;

20     WHEREAS, no counterclaim has been filed;

21     Plaintiff hereby respectfully requests that this action be dismissed with prejudice
22 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

24 Date: May 20, 2015                    MOORE LAW FIRM, P.C.

26                                       */s/ Tanya E. Moore*
27                                       Tanya E. Moore
                                         Attorney for Plaintiff
28                                       Rachel Lobato

**ORDER**

      **Good cause appearing and Plaintiff having an absolute right to dismiss under the circumstances, Case No. 1.15-cv-536 shall be dismissed.**

IT IS SO ORDERED.

Dated:   May 21, 2015                                     /s/ *Michael J. Seng*
                                                                           UNITED STATES MAGISTRATE JUDGE